BENJAMIN COLLINS, Appellant, *v.* LONG ISLAND CITY et al., Respondents.

THIS case involves the same questions as and was argued and decided with *Collins* v. *L. I. City* (*ante*, page 325).

————————

GEORGE J. GROSSMAN, Respondent, *v.* EPHRAIM M. KANTROWITZ et al., Appellants.

(Argued March 16, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 24, 1890, which modified and affirmed as modified a judgment in favor of plaintiff entered upon the report of a referee.

*S. F. Kneeland* for appellants.

*Abram Kling* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  ——————

EDWARD AVERY, Respondent, *v.* THE NEW YORK MUTUAL INSURANCE COMPANY, Appellant.

(Argued March 17, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 27, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*John Berry* for appellant.

*John A. Mapes* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.